

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-17-00248-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

On April 21, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 4, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4 day of May, 2017.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2017CI04329, styled *Ex parte John M. Donohue*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.